**James S. CROUSORE, Plaintiff–Appellant,**

v.

**MANAGEMENT RECRUITERS OF WESTPORT, INC., Defendant–Respondent.**

No. ED 78377.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 13, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 2001.

Application to Transfer Denied
May 29, 2001.

David M. Heimos, Clayton, MO, for appellant.

Christopher L. Kanzler, St. Louis, MO, for respondent.

Before MOONEY, P.J., SIMON and SULLIVAN, JJ.

**840**

## ORDER

PER CURIAM.

Employee, James Crousore, appeals from the trial court's dismissal of his petition for failure to state a cause of action. We have reviewed the record and find that no error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b)(5).